UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| EMILY PESSANO, individually and as *guardian ad litem* for her minor daughter, CALLIOPE PESSANO-MALDONADO<br><br>Plaintiff,<br><br>vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, a corporation,<br><br>Defendant. | CASE NO.: 1:24-cv-01189-JLT-EPG<br><br>STIPULATION AND ORDER GRANTING LEAVE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT<br><br>(ECF No. 15) |

The parties to this action, through their respective attorneys of record, stipulate and agree as follows:

1. WHEREAS, Plaintiff, Emily Pessano, individually and as guardian ad litem for her minor daughter, Calliope Pessano-Maldonado, jointly referred to as "Pessano" filed the operative Complaint on October 3, 2024 (ECF Doc. No. 1).

2. WHEREAS, the Complaint (ECF Doc. No. 1) incorrectly names Anthem Blue Cross Life and Health Insurance Company as the defendant in the action. The correct defendant has since been identified as Blue Cross of California, dba Anthem Blue Cross.

THEREFORE, BASED ON THE FOREGOING, THE PARTIES STIPULATE AS FOLLOW:

1. Plaintiff is given leave to file the First Amended Complaint (attached hereto as Exhibit "A") for the purposes of identifying and naming the correct defendant in the above-captioned action. "Blue Cross of California, dba Anthem Blue Cross" is to be substituted as a

party in this case in place of the presently named defendant "Anthem Blue Cross Life and Health Insurance Company."

      2.    "Blue Cross of California, dba Anthem Blue Cross" will waive personal service of the amended summons pursuant to a request from Plaintiffs under Fed. R. Civ. P. 4(d) and will file its responsive pleading within 30-days from service of the First Amended Complaint.

      IT IS SO STIPULATED

Date:   November 18, 2024         */s/ Raquel M. Busani*
                                                               ROBERT J. ROSATI, SBN 112006
                                                                RAQUEL M. BUSANI, SBN 323162

                                                                Attorneys for Plaintiff,
                                                                Emily Pessano, individually
                                                               and as *guardian ad litem*
                                                               for her minor daughter,
                                                               Calliope Pessano-Maldonado

Date:   November 18, 2024         */s/ Tina S. Felahi*
                                                               JESSAMYN VEDRO, SBN, 280209
                                                              TINA S. FELAHI, SBN 300304
                                                              TROUTMAN PEPPER
                                                              HAMILTON SANDERS LLP

                                                              Attorneys for Defendant,
                                                              Blue Cross of California,
                                                               dba Anthem Blue Cross

# ORDER

Based on the parties' stipulation (ECF No. 15), IT IS ORDERED as follows:

1. Plaintiff is given leave to file the First Amended Complaint (attached to the Parties stipulation as Exhibit "A") for the purposes of identifying and naming the correct Defendant. "Blue Cross of California, dba Anthem Blue Cross" will be substituted as a party in this case in place of the presently named Defendant "Anthem Blue Cross Life and Health Insurance Company."
2. Plaintiff shall file the First Amended Complaint by no later than November 22, 2024.
3. The Clerk of Court is directed to revise the docket and case caption so that the Defendant is identified as "Blue Cross of California, dba Anthem Blue Cross."
4. "Blue Cross of California, dba Anthem Blue Cross" will waive personal service of the amended summons pursuant to a request from Plaintiffs under Fed. R. Civ. P. 4(d) and will file its responsive pleading within 30-days from service of the First Amended Complaint.

IT IS SO ORDERED.

Dated:   **November 19, 2024**            /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE

3