**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMILY PESSANO, *individually and as guardian ad litem for her minor daughter Calliope Pessano-Maldonado*,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE CROSS OF CALIFORNIA,<br><br>Defendant. | Case No. 1:24-cv-01189 JLT EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, APPROVING PETITION FOR APPROVAL OF MINOR'S COMPROMISE<br>(Docs. 24, 31, 42, 46, 47)<br><br>ORDER DISMISSING THE ACTION WITH PREJUDICE BASED UPON THE STIPULATION OF THE PARTIES<br>(Doc. 48) |

Plaintiffs sought to compel Blue Cross of California to pay air ambulance transportation costs for minor plaintiff Calliope Pessano-Maldonado under an insurance policy. Following a settlement, Plaintiffs filed a petition for approval of the minor's compromise, which they later supplemented. (Docs. 24, 31, 42.) The magistrate judge found the proposed settlement was fair and reasonable, and in the best interests of the minor plaintiff. (Doc. 46 at 4-6 [under seal]; Doc. 47 at 4-6.) The magistrate judge recommended the Court approve the petition and direct: (1) Defendants to pay the settlement amount within 30 days, (2) Plaintiffs to pay the identified amount for air ambulance services following their receipt of the settlement funds, and (3) the parties to file a joint stipulation for dismissal within 7 days of the settlement payment. (*Id.* at 6-7; Doc. 47 at 6-7.)

The Court served the Findings and Recommendations on all parties and notified them

that any objections were due within fourteen 14 days. (Doc. 47 at 7.) The Court also informed the parties "that failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) No party has filed objections, and the time in which to do so has passed. However, as contemplated by the terms of the settlement, the parties filed a joint stipulation for dismissal with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. (Doc. 48.)

According to 28 U.S.C. § 636 (b)(1), this Court performed a *de novo* review of the case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on May 16, 2025 (Docs. 46, 47) are **ADOPTED** in full.
2. The petition for approval of minor's compromise (Docs. 24, 31, 42) is **APPROVED**.
3. Defendant **SHALL** pay the settlement amount within 30 days of this order.
4. Plaintiffs **SHALL** pay REACH's bill within thirty days of receipt of the settlement amount from Defendant.
5. The remainder of the settlement, after REACH's bill is paid, **SHALL** be used to pay for Plaintiffs' attorneys fees and costs.
6. Neither Plaintiff is entitled to, nor will receive, any monetary compensation after REACH's bill and attorney fees and costs are paid.
7. Based upon the joint stipulation of the parties (Doc. 48), the action is **DISMISSED** with prejudice.
8. The Clerk of Court is directed to close this case

IT IS SO ORDERED.

Dated:   **June 12, 2025**

UNITED STATES DISTRICT JUDGE